**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE** | : | **CHAPTER 13** |
| | : | |
| Regina Y. Alberta | : | **No.** 17-13364-MDC |
| **Debtor** | : | |

**ORDER**

AND NOW, this ___18th___ day of _____August_____ 2021,
it is hereby Ordered that the Wage Order in effect in the above
captioned matter be TERMINATED.

_Magdeline D. Coleman_
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE