United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                  Case No. 17-13364-mdc

Regina Y Alberta                                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 21, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

**Recip ID          Recipient Name and Address**
db                   + Regina Y Alberta, 1015 N. 66th Street, Philadelphia, PA 19151-3104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021                         Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:**

**Name                    Email Address**

DAVID M. OFFEN
                   on behalf of Debtor Regina Y Alberta dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JEROME B. BLANK
                   on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

JEROME B. BLANK
                   on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

KENNETH E. WEST
                   ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
                   on behalf of Creditor BANK OF AMERICA  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MEGAN N. HARPER
                   on behalf of Creditor CITY OF PHILADELPHIA megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Dec 21, 2021 Form ID: 195 Total Noticed: 1

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG
    on behalf of Creditor BANK OF AMERICA N.A. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Regina Y Alberta  : Case No. 17−13364−mdc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , December 21,2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

82
Form 195